AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Cogan, Brian M. | 2. Court or Organization<br><br>U.S. District Court, ED of NY | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Hogan Lovells US LLP, Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Business Law Section | August 5-6, 2011 | Toronto, Canada | ABA Annual Meeting | Transportation, hotel and food |
| 2. | Federal Judicial Center | October 29, 2011 | New York, New York | Preparation of 2010 FDR | Professional fees |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amex Platinum | Credit Card | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | N | T | | | | | |
| 2. Housing Programs Limited, Partners, partnership | A | Int./Div. | J | U | | | | | |
| 3. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 4. Brokerage Account #8 | | | | | | | | | |
| 5. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | M | T | | | | | |
| 6. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 7. Brokerage Account #10 | | | | | | | | | |
| 8. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | J | T | | | | | |
| 9. - Causeway International Value Fund | A | Dividend | J | T | | | | | |
| 10. - Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 11. - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 12. - Harbor Small Cap Value Fund | | None | | | Sold | 04/27/11 | K | C | |
| 13. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | A | Dividend | J | T | | | | | |
| 14. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 15. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | K | T | | | | | |
| 16. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 17. -Ishares Trust Barclays US Aggr Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Janus Adviser Ser Forty Fund | A | Dividend | J | T | | | | | |
| 19. - PIMCO High Yield Fund Cl A | B | Dividend | K | T | | | | | |
| 20. - RYDEX SGI Mid Cap Value Fund | A | Dividend | J | T | Buy | 04/28/11 | K | | |
| 21. - Thornburg Intl Value Fund | A | Dividend | J | T | | | | | |
| 22. - SPDR Dow Jones REIT (formerl SPDR Ser Tr DJ Wilshire) | A | Dividend | J | T | | | | | |
| 23. - Powershares DB Commodity Index | | None | J | T | | | | | |
| 24. Brokerage Account #16 | | | | | | | | | |
| 25. - Alpine International Real Estate Equity Fund | | None | | | Sold | 12/22/11 | J | A | |
| 26. - Alger Smidcap Growth Fund Cl A | | None | | | Sold | 12/22/11 | K | C | |
| 27. - Amana Mut FDS TR Growth Fd | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 28. - Aston Funds Montag & Caldwell Growth Fd | C | Dividend | K | T | Buy (add'l) | 1/24/11 | J | | |
| 29. - Baron Asset Fd I Opportunity Fund | | None | K | T | Sold (part) | 12/22/11 | J | B | |
| 30. - Blackrock New York Muni Fund Cl A | A | Dividend | | | Sold | 01/24/11 | L | B | |
| 31. - Columbia FDS SER TR Small Cap Value II FD | A | Dividend | J | T | | | | | |
| 32. - Columbia FDS SER TR II MASS Select Large Cap Value | B | Dividend | K | T | Buy | 01/24/11 | K | | |
| 33. -Causeway International Value Fund Investor Class | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 34. - Cullen High Dividend Equity Fund | B | Dividend | L | T | Buy (add'l) | 12/22/11 | K | | |

1. Income Gain Codes:        A =$1,000 or less       B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)            U - Book Value          V = Other                 W =Estimated

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Janus Invt FD Forty Fd CL S | | None | | | Sold | 12/22/11 | K | A | |
| 36. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 37. -JPMorgan TR I Strategic Incm | D | Dividend | M | T | Buy (add'l) | 1/24/11 | L | | |
| 38. - JPMorgan TR I Tax Free Money Mkt Fd | A | Dividend | K | T | | | | | |
| 39. -Lazard Emerging Markets Port Open SHS | B | Dividend | K | T | | | | | |
| 40. - Legg Mason Western Asset Managed Muni Fund | B | Dividend | K | T | Sold (part) | 01/24/11 | K | A | |
| 41. -Manning and Napier Fund World Opportunities | B | Dividend | J | T | | | | | |
| 42. -Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 43. - Oppenheimer Value FD CL A | A | Dividend | | | Sold | 12/22/11 | K | A | |
| 44. -Oppenheimer International Growth Fund- CL A | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 45. - Payden Invt Group High Income Fd | C | Dividend | L | T | Buy (add'l) | 12/22/11 | J | | |
| 46. - Perkins Mid Cap Value | B | Dividend | K | T | | | | | |
| 47. - Prudential Jennison Mid Cap Growth Fd | A | Dividend | K | T | | | | | |
| 48. - Prudential Jennison Nat Res Fd | | None | K | T | | | | | |
| 49. - Rydex SGI Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 50. - Thornburg Intl Value Fund CL A | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 51. - Wells Fargo Advtg Intermdt tax/amt-free Fund | B | Dividend | L | T | Buy (add'l) | 01/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Wells Fargo Advantage Fds | | None | | | Sold | 1/24/11 | L | D | |
| 53. -Wasatch Advisors Funds Inc SmallCap | A | Dividend | J | T | | | | | |
| 54. - Yacktman Focused Fund | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 55. Brokerage Statement #17 | | | | | | | | | |
| 56. JPMorgan TR I Tax Free Money Mkt Fund | A | Dividend | K | T | | | | | |
| 57. - Alpine International Real Estate Equity Fund-CL | | None | | | Sold | 12/22/11 | J | A | |
| 58. -Alger Smidcap Growth Fund CL A | | None | | | Sold | 01/25/11 | K | B | |
| 59. - Amana Mut FDS TR Growth Fd | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 60. -Aston Funds Montag & Caldwell Growth Fd | B | Dividend | K | T | Buy<br>(add'l) | 1/24/11 | J | | |
| 61. - Blackrock New York Muni Fund CL A | A | Dividend | | | Sold | 01/24/11 | L | C | |
| 62. -Baron Asset Fd I Opportunity fd | | None | J | T | Sold<br>(part) | 12/22/11 | J | B | |
| 63. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | J | T | Sold<br>(part) | 01/25/11 | J | A | |
| 64. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | K | T | Buy | 01/24/11 | K | | |
| 65. -Cullen High Dividend Equity Fund | B | Dividend | L | T | Sold<br>(part) | 01/25/11 | J | A | |
| 66. | | | | | Buy<br>(add'l) | 12/22/11 | K | | |
| 67. -Causeway International Value Fund Investor Class | A | Dividend | J | T | Sold<br>(part) | 12/22/11 | J | A | |
| 68. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | J | T | Sold<br>(part) | 12/22/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period |  | C. Gross value at end of reporting period |  | D. Transactions during reporting period |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -JPMorgan TR 1 Strategic Incm Opptys | D | Dividend | M | T | Buy (add'l) | 1/24/11 | L |  |  |
| 70.  -Janus Invt Fd Forty Fd Class S | A | Dividend |  |  | Sold | 12/22/11 | K | A |  |
| 71.  -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | Sold (part) | 12/22/11 | J | A |  |
| 72.  - Legg Mason Western Asset Managed Muni Fund | C | Dividend | L | T | Sold (part) | 01/24/11 | J | A |  |
| 73.  - Manning and Napier Fund World Opportunities Ser CL A | B | Dividend | J | T | Sold (part) | 12/22/11 | J | A |  |
| 74.  - Matthews Pacific Tiger Fund | A | Dividend | K | T |  |  |  |  |  |
| 75.  -Oppenheimer International Growth Fund- CL A | A | Dividend | J | T | Buy (add'l) | 1/24/11 | J |  |  |
| 76. |  |  |  |  | Sold (part) | 12/22/11 | J | A |  |
| 77.  -Oppenheimer Value FD CL A | A | Dividend |  |  | Sold | 12/22/11 | K | A |  |
| 78.  -Perkins Mid Cap Value Fund | B | Dividend | K | T | Sold (part) | 01/25/11 | J | A |  |
| 79.  -Payden Invt Group High Income Fd | C | Dividend | L | T | Sold (part) | 01/25/11 | J | A |  |
| 80. |  |  |  |  | Buy (add'l) | 12/22/11 | K |  |  |
| 81.  - Prudential Jennison Mid Cap Gr Fd | A | Dividend | J | T | Sold (part) | 01/25/11 | J | A |  |
| 82.  - Prudential Jennison Nat Res Fd |  | None | J | T | Sold (part) | 01/25/11 | J | A |  |
| 83.  -Rydex SGI Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/25/11 | J | A |  |
| 84.  -Thornburg Intl Value Fund CL A | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A |  |
| 85.  - Wells Fargo Advg Fd Intrinsic |  | None |  |  | Sold | 01/24/11 | K | D |  |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|---|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Wells Fargo Advtg Intermdt Tax/Amt - Free Fund | B | Dividend | L | T | Buy (add'l) | 1/24/11 | J | | |
| 87. -Wasatch Advisors Funds Inc Small Cap | A | Dividend | J | T | Sold (part) | 01/25/11 | J | A | |
| 88. - Yacktman Focused Fund Dividend Reinvested | A | Dividend | K | T | Buy | 12/22/11 | K | | |
| 89. - Goldman Sachs Tollkeeper Fund | | None | J | T | | | | | |
| 90. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 91. - Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 92. -Ishares Trust Barclays 1-3 YR Trea | | | | | | | | | |
| 93. -Ishares Trust Barclays US Aggr | | | | | | | | | |
| 94. -Ishares Trust Ishares Barclays Treas Inflation | | | | | | | | | |
| 95. - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 96. -Alger Smidcap Growth Fund CL A | | | | | Sold | 12/22/11 | K | C | |
| 97. - Amana Mut FDS TR | | | | | Buy | 12/22/11 | K | | |
| 98. -Aston Funds Montag & Caldwell Growth FD CL | | | | | Buy (add'l) | 1/24/11 | J | | |
| 99. -Baron Asset Fd Iopportunity Fund | | | | | | | | | |
| 100. -Causeway International Value Fund Investor Class | | | | | | | | | |
| 101. -Cullen High Dividend Equity Fund | | | | | Buy (add'l) | 12/22/11 | K | | |
| 102. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Columbia FDS SER TR II Mass Select Large Cap | | | | | Buy | 1/24/11 | L | | |
| 104. - Doubleline FDS TR Total Return BD FD CL N | | | | | Buy | 12/22/11 | L | | |
| 105. -ING Mutual Funds Global Real Estate Fund CL A | | | | | | | | | |
| 106. - Janus Invt Fd Forty Fd Class S | | | | | Sold | 12/22/11 | K | A | |
| 107. -JPMorgan TR I Intl Equity FD CL A | | | | | | | | | |
| 108. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 109. -Oppenheimer Value Fd CL A | | | | | Sold | 12/22/11 | K | A | |
| 110. -Oppenheimer International Growth Fund-CL A | | | | | Sold (part) | 12/22/11 | J | A | |
| 111. -Oppenheimer International Bond Fund-CL A | | | | | Sold | 12/22/11 | L | B | |
| 112. -Pimco Total Return Fund-CL A | | | | | | | | | |
| 113. -Pimco High Yield Fund-CL A | | | | | | | | | |
| 114. -Perkins Mid Cap Value | | | | | | | | | |
| 115. -Prudential Jennison Nat Res | | | | | | | | | |
| 116. - Prudential Jennison Mid Cap | | | | | | | | | |
| 117. -Manning and Napier Fund Wold Opportunities | | | | | Sold (part) | 12/22/11 | J | A | |
| 118. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | | | | | |
| 119. -Ridgeworth FDS Intermediate BD FD CL I | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Rydex SGI Mid Cap Value Fund CL A | | | | | | | | | |
| 121. -Thornburg Intl Value Fund | | | | | Sold (part) | 12/22/11 | J | A | |
| 122. - Wells Fargo Advantages Fds | | | | | Sold | 1/24/11 | L | D | |
| 123. - Yacktman Focused Fund Dividend Reinvested | | | | | Buy | 12/22/11 | L | | |
| 124. IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 125. -Alger Smidcap Growth Fund CL A | | | | | Sold | 12/22/11 | K | C | |
| 126. - Amana Mut FDS TR Growth FD | | | | | Buy | 12/22/11 | K | | |
| 127. -Aston Funds Montag & Caldwell Growth FD CL N | | | | | | | | | |
| 128. -Ishares Trust Ishares Barclays Treas Inflation Protected | | | | | | | | | |
| 129. -Ishares Trust Barclays 1-3 YR Trea(Formerly Ishares Tr 1-3) | | | | | | | | | |
| 130. -Ishares Trust Barclays US Aggr(Formerly Ishares Tr Lehman) | | | | | | | | | |
| 131. -Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 132. -Baron Asset Fd I Opportunity Fund | | | | | | | | | |
| 133. -Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 134. -Causeway Internal Value Fund Investor Class | | | | | Sold | 12/22/11 | J | A | |
| 135. -Cullen High Dividend Equity Fund | | | | | Buy (add'l) | 12/22/11 | J | | |
| 136. -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Columbia FDS SER TR II Mass Select Large Cap Value FD CL A | | | | | Buy | 01/24/11 | L | | |
| 138. - Doubleline FDS TR Total Return BD FD CL | | | | | Buy | 12/22/11 | L | | |
| 139. -Perkins Mid Cap Value FD Class J SHS | | | | | | | | | |
| 140. -Janus Invt Fd Forty Fd Class S | | | | | Sold | 12/22/11 | K | A | |
| 141. -JPMorgan TR I Intl Equity FD CL A | | | | | Sold | 12/22/11 | J | A | |
| 142. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 143. -Manning And Napier Fund World Opportunities Ser CL A | | | | | | | | | |
| 144. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | | | | | |
| 145. -Oppenheimer Value Fd CL A | | | | | Sold | 12/22/11 | K | A | |
| 146. -Oppenheimer International Grwoth Fund- CL A | | | | | | | | | |
| 147. -Oppenheimer International Bond Fund- CL A | | | | | Sold | 12/22/11 | M | B | |
| 148. -Pimco Total Return Fund CL A | | | | | | | | | |
| 149. -Pimco High Yield Fund-CL A | | | | | Buy (add'l) | 12/22/11 | K | | |
| 150. -Prudential Jennison Nat Res | | | | | | | | | |
| 151. - Prudential Jennison Mid Cap | | | | | | | | | |
| 152. -Ridgeworth FDS Intermediate BD FD CL I | | | | | | | | | |
| 153. -Rydex SGI Mid Cap Value Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Thornburg Intl Value Fund CL A | | | | | | | | | |
| 155. - Wells Fargo Advg Fd Intrinsic | | | | | Sold | 1/24/11 | L | D | |
| 156. - Yacktman Focused Fund Dividend Reinvested | | | | | Buy | 12/22/11 | L | | |
| 157. Retirement Plan for Partners #4 | B | Int./Div. | M | T | | | | | |
| 158. - FID Contrafund K | | | | | Buy | 4/30/11 | J | | |
| 159. - FID Growth Co K | | | | | Buy | 4/30/11 | K | | |
| 160. - TRP SM Cap Stock | | | | | Buy | 4/30/11 | J | | |
| 161. - FID Overseas K | | | | | Buy | 4/30/11 | J | | |
| 162. - FID Emerging Mkts K | | | | | Buy | 4/30/11 | J | | |
| 163. - PIM Total RT Inst | | | | | Buy | 4/30/11 | K | | |
| 164. - FID MGD Inc Port | | | | | Buy | 4/30/11 | K | | |
| 165. - NB Kaminsky II | | | | | Buy (add'l) | 4/30/11 | J | | |
| 166. - NB Kaminsky III | | | | | Buy (add'l) | 4/30/11 | J | | |
| 167. - FID Retire Money Market | | | | | | | | | |
| 168. College Access 529 Plan #2 | | None | L | T | | | | | |
| 169. -Portfolio 005 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544